**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

STEVEN MADER,

              Respondent

       v.

DUQUESNE LIGHT COMPANY,

              Petitioner

: No. 9 WAL 2019
:
:
: Cross Petition for Allowance of
: Appeal from the Order of the Superior
: Court
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2019, the Cross Petition for Allowance of Appeal is **DENIED**.